```
ROBERT L. FORKNER (CSB# 1066097)
Law Offices of ROBERT L. FORKNER
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209) 544-0200
Fax:          (209) 544-1860


Attorneys for Defendant
CESAR ROMERO
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> ) <br> ) <br> CESAR ROMERO, ) <br> ) <br>     Defendant. ) <br> ) <br> _____/ | CRF. No. CR-05-00351 OWW <br><br> SUBSTITUTION OF ATTORNEY |

DEFENDANT, CESAR ROMERO, hereby substitutes ROBERT L. FORKNER with law offices at 722 Thirteenth Street, Modesto, California 95354 in place and stead of ANN HARDGROVE VORIS, ESQ.

Dated: 2/16/06                         /s/ CESAR ROMERO
                                       CESAR ROMERO
                                       Defendant

Dated: 3/2/06                          /s/ Ann H. Voris
                                       ANN HARDGROVE VORIS, ESQ.


I ACCEPT THE ABOVE SUBSTITUTION,

Dated: 2/16/06                         /s/ ROBERT L. FORKNER
                                       ROBERT L. FORKNER
                                       Attorney at Law

IT IS SO ORDERED.

**Dated:  March 8, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE