HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CESAR ROMERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>CESAR ROMERO,<br><br>                Defendant. | No.  1:05-cr-00351-AWI-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable ANTHONY W. ISHII |

Defendant, CESAR ROMERO by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.        Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.        On October 10, 2016, this Court sentenced Mr. Romero to a term of 188 months imprisonment;

3.        His total offense level was 29, his criminal history category was VI, the resulting guideline range was 151 to 188 months;

4. The sentencing range applicable to Mr. Romero was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Romero's total offense level has been reduced from 29 to 27, and his amended guideline range is 130 to 162 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Romero's term of imprisonment to 162 months.

Respectfully submitted,

| | |
|---|---|
| Dated:  May 27, 2015 | Dated:   May 27, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Kathleeen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>CESAR ROMERO |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Romero is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 130 to 162 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2006 is reduced to a term of 162 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1  Unless otherwise ordered, Mr. Romero shall report to the United States Probation Office
2  within seventy-two hours after his release.
3  IT IS SO ORDERED.
4  Dated:   May 28, 2015                              _____
5                                                                     SENIOR DISTRICT JUDGE