IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CESAR ROMERO,<br><br>　　　　　　Defendant. | Case No.: 1:05-CR-00351-001 LJO<br><br>ORDER OF RELEASE |

A sentencing hearing regarding violation of supervised release was held April 1, 2019. The defendant will be transported to Teen Challenge located in Ceres, California for intake interview. If accepted, Cesar Romero will stay at Teen Challenge and abide by all rules of the program. If not accepted, Kevin Mitchel will immediately and directly return Cesar Romero to the Fresno County Jail by no later than midnight on April 2, 2019.

Status Conference re: Teen Challenge set for April 15, 2019, at 8:30am. before Judge O'Neill.

The defendant shall be released on Tuesday, April 2, 2019 at 8:30am to Kevin Mitchel of the Federal Defender Office.


IT IS SO ORDERED.

　　Dated: **April 1, 2019**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE