IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:  1:05-CR-00351-001 LJO |
|---|---|
| Plaintiff, | AMENDED ORDER OF RELEASE |
| v. | |
| CESAR ROMERO, | |
| Defendant. | |

A sentencing hearing regarding violation of supervised release was held April 1, 2019. The defendant will be transported to Teen Challenge located in Ceres, California for intake interview. After the interview Kevin Mitchel will immediately and directly return Cesar Romero to the Fresno County Jail.

Status Conference re: Teen Challenge set for April 15, 2019, at 8:30am. before Judge O'Neill.

The defendant shall be released on Tuesday, April 2, 2019 at 8:30am to Kevin Mitchel of the Federal Defender Office.


IT IS SO ORDERED.

Dated: __**April 1, 2019**__         __/s/ Lawrence J. O'Neill__
                                                  UNITED STATES CHIEF DISTRICT JUDGE