IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:05-CR-00351-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| CESAR ROMERO, | |
| Defendant. | |

The defendant has been accepted to the Teen Challenge, an inpatient facility located in Ceres, California. The defendant shall be released with the same previously ordered conditions of supervised release issued on October 10, 2006. The defendant shall comply with the additional conditions of supervision as follows:

1. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 150 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary.

///

///

///

///

Status Conference currently set for April 15, 2019 has been continued to June 10, 2019, at 8:30am. before Judge O'Neill.

The defendant shall be released on Thursday, April 4, 2019 at 8:30am to Kevin Mitchel of the Federal Defender Office.

IT IS SO ORDERED.

Dated: **April 3, 2019**              **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES CHIEF DISTRICT JUDGE