HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
CESAR ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CESAR ROMERO, <br><br> Defendant. | No. 1:05-cr-00351-LJO-SKO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER <br><br> DATE: September 10, 2021 <br> TIME: 2:00 p.m. <br> COURT: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Jaya Gupta, Assistant Federal Defender and attorney for the defendant, that the status conference hearing on a supervised release violation set for August 13, 2021 before the Honorable Stanley A. Boone, U.S. Magistrate Judge, be continued to September 10, 2021 at 2:00 pm.

//

//

1 | The defense requests additional time to discuss and consider a proposed resolution. The
2 | parties believe that the requested time will be sufficient to ascertain whether this case will
3 | resolve via contested hearing or an admission.
4 |     IT IS SO STIPULATED.

Dated:  August 11, 2021

*/s/ Jaya Gupta*
JAYA GUPTA
Assistant Federal Defender
Counsel for Defendant Cesar Romero

Dated:  August 11, 2021

*/s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Counsel for Plaintiff
United States of America

HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
CESAR ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:05-cr-00351-LJO-SKO |
| Plaintiff, | ORDER |
| v. | DATE: September 10, 2021<br>TIME: 2:00 p.m. |
| CESAR ROMERO, | COURT: Hon. Stanley A. Boone |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for August 13, 2021 at 2:00 p.m. is continued until September 10, 2021, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  **August 11, 2021**

UNITED STATES MAGISTRATE JUDGE