HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
CESAR ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:05-cr-00351-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |
| v. | DATE: Sept. 24, 2021 |
| CESAR ROMERO, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between Kimberly A. Sanchez, Assistant U.S. Attorney and Jaya Gupta, Assistant Federal Defender and attorney for the defendant, Cesar Romero, that the status conference hearing on a supervised release violation set for September 10, 2021 at 2:00 p.m. before the Honorable Erica P. Grosjean, U.S. Magistrate Judge, be continued to September 24, 2021 at 2:00 pm.

//
//
//
//

STIPULATION AND [PROPOSED] ORDER

1  The defense requests additional time to discuss and consider a proposed resolution. The
2  parties believe that the requested time will be sufficient to ascertain whether this case will
3  resolve via contested hearing or an admission.
4      IT IS SO STIPULATED.

6  Dated:  September 9, 2021

    */s/ Jaya C. Gupta*
    JAYA C. GUPTA
    Assistant Federal Defender

    Counsel for Defendant Cesar Romero

Dated:  September 9, 2021

    */s/ Kimberly A. Sanchez*
    KIMBERLY A. SANCHEZ
    Assistant United States Attorney

    Counsel for Plaintiff
    United States of America

HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
CESAR ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CESAR ROMERO, Defendant. | No. 1:05-cr-00351-LJO-SKO<br><br>ORDER<br><br>DATE: Sept. 24, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for September 10, 2021 at 2:00 p.m. is continued until September 24, 2021, at 2:00 p.m.

IT IS SO ORDERED.

Dated: **September 9, 2021**        /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE