HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
CESAR ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:05-cr-00351-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| CESAR ROMERO, | DATE:   October 15, 2021<br>TIME:   2:00 p.m.<br>JUDGE: Sheila K. Oberto |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Kimberly A. Sanchez, Assistant U.S. Attorney and Jaya Gupta, Assistant Federal Defender and attorney for the defendant, Cesar Romero, that the status conference hearing on a supervised release violation set for September 24, 2021 at 2:00 p.m. before the Honorable Sheila K. Oberto, U.S. Magistrate Judge, be continued to October 15, 2021 at 2:00 pm.

//

//

//

//

The defense requests additional time to discuss and consider a proposed resolution. The parties believe that the requested time will be sufficient to ascertain whether this case will resolve via contested hearing or an admission.

IT IS SO STIPULATED.

Dated:  September 22, 2021

/s/ *Jaya C. Gupta*
JAYA C. GUPTA
Assistant Federal Defender

Counsel for Defendant Cesar Romero

Dated:  September 22, 2021

/s/ *Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Counsel for Plaintiff
United States of America

```
HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
CESAR ROMERO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:05-cr-00351-LJO-SKO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CESAR ROMERO, | |
| Defendant. | |

**<u>ORDER</u>**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for September 24, 2021 at 2:00 p.m. is continued until October 15, 2021, at 2:00 p.m.

IT IS SO ORDERED.

DATED: 9/22/2021    /s/ Sheila K. Oberto
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE