DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA  95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
CESAR ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CESAR ROMERO,<br><br>Defendant. | Case No. 1:05-cr-000351-LJO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

      IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status hearing in the above-captioned matter now set for October 15, 2021 may be continued to November 5, 2021 at 2:00 p.m.

      Defense counsel was only recently retained and has not yet had a meaningful opportunity to review the violation petition and supporting documentation. Further, defense counsel will be out of town on October 15 to attend his step-father's funeral and will be unable to appear at the hearing as scheduled.

      Counsel for the government and the assigned USPO have no objection to the requested date.  The defense requests that time be excluded for defense preparation given the recent substitution of counsel.

IT IS SO SIPULATED:

                                            PHILLIP A. TALBERT
                                            United States Attorney

DATED:                       ___/s/_Kimberly Sanchez_____
                                            KIMBERLY SANCHEZ
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


DATED:                       ____/s/_Douglas Foster_____
                                            DOUGLAS C. FOSTER
                                            Law Offices of Douglas C. Foster
                                            Attorney for Defendant
                                            CESAR ROMERO

## **ORDER**

      IT IS SO ORDERED that the status hearing in the above-captioned case shall be continued to **November 5, 2021 at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:  **October 14, 2021**             /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE