PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CESAR ROMERO,<br><br>　　　　　　Defendant. | No. 1:05-CR-00351 NONE-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |

　　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Douglas C. Foster, attorney for the defendant, that the status conference hearing on a supervised release violation set for November 5, 2021 before the Honorable Erica P. Grosjean, U.S. Magistrate Judge, be continued to December 3, 2021 at 2:00 pm before the Duty Magistrate. Defense counsel only became attorney of record for this case in October 2021. Defense desires time to review discovery and conduct any additional investigation deemed necessary. The parties request additional time to discuss a resolution, and need additional time to do so.

**[Remainder of page intentionally left blank.]**

1

The parties believe that the requested time is sufficient to be in a position to ascertain whether this case will resolve via contested hearing or admission.

Dated:  November 3, 2021                    Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                Acting United States Attorney

                                    By       /s/ Kimberly A. Sanchez
                                                KIMBERLY A. SANCHEZ
                                                Assistant U.S. Attorney

Dated: November 3, 2021                     /s/ Douglas C. Foster
                                                DOUGLAS C. FOSTER
                                                Attorney for Defendant

IT IS SO ORDERED.

Dated:    **November 3, 2021**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE