DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA  95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
CESAR ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CESAR ROMERO,<br><br>Defendant. | Case No. 1:05-cr-000351-LJO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status hearing in the above-captioned matter now set for December 3, 2021 may be continued to December 17, 2021 at 2:00 p.m.

Defense counsel is in the process of obtaining additional information relevant to Mr. Romero's defense and to potential sentencing issues. Counsel anticipates those documents will be received by December 10 and that further negotiation with the Government will occur following receipt of same.

Counsel for the government and the assigned USPO have no objection to the requested date. The defense requests that time be excluded for defense preparation.

1   IT IS SO SIPULATED:

2                                                   PHILLIP A. TALBERT
3                                                   United States Attorney

4
    DATED: 12/2/21                                  ___/s/_Kimberly Sanchez_____
5                                                   KIMBERLY SANCHEZ
6                                                   Assistant United States Attorney
                                                    Attorney for Plaintiff
7

8

9   DATED:12/2/21                                   ____/s/_Douglas Foster_____
10                                                  DOUGLAS C. FOSTER
                                                    Law Offices of Douglas C. Foster
11                                                  Attorney for Defendant
                                                    CESAR ROMERO
12

13

14                              **<u>ORDER</u>**

15          IT IS SO ORDERED that the status conference in the above-captioned case shall be
16
    continued to **December 17, 2021 at 2:00 p.m. Magistrate Judge Stanley A. Boone**.
17

18

19  IT IS SO ORDERED.

20
       Dated:   **December 2, 2021**              ____/s/ Barbara A. McAuliffe_____
21                                                  UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28
    USA v. Romero – Stipulation and Order          -2-