DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA  95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
CESAR ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CESAR ROMERO,<br><br>Defendant. | Case No. 1:05-cr-000351-JLT<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing in the above-captioned matter now set for February 11, 2022 may be continued to March 11 2022 at 9:00 a.m.

The defense is in the process of gathering records relevant to the sentencing proceedings and is unable to complete a sentencing memorandum in their absence.  Counsel for the government and the assigned USPO have no objection to the requested date. As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

IT IS SIPULATED:

          PHILLIP A. TALBERT
          United States Attorney

DATED: 2/4/22          /s/ Laurel Montoya
          Laurel Montoya
          Assistant United States Attorney
          Attorney for Plaintiff

DATED: 2/4/22          /s/ Douglas C. Foster
          DOUGLAS C. FOSTER
          Law Offices of Douglas C. Foster
          Attorney for Defendant
          CESAR ROMERO

## ORDER

Upon the stipulation of counsel, the sentencing hearing is continued to March 11, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **February 4, 2022**          /s/ Jennifer L. Thurston
          UNITED STATES DISTRICT JUDGE