HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:05-CR-00351-JLT |
|---|---|---|
| *Plaintiff,* | ) ) ) | **APPLICATION AND ORDER FOR APPOINTMENT OF CJA PANEL COUNSEL** |
| vs. | ) ) | |
| CESAR ROMERO, | ) ) | |
| *Defendant,* | ) ) ) | |

Defendant, Cesar Romero, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

Mr. Romero was sentenced to 40 months in custody pursuant to a judgment issued on March 16, 2022, and is currently in custody with a projected release date of March 9, 2024.  Mr. Romero had retained counsel and is now seeking appointed counsel under General Order 595, which appoints counsel for all indigent defendants seeking assistance under the First Step Act.  He submits the attached Financial Affidavit as evidence of his inability to retain counsel.

///

///

///

It is respectfully recommended that CJA panel counsel Douglas C. Foster *nunc pro tunc* as of May 17, 2023, be promptly appointed, pursuant to 18 U.S.C. § 3006A to represent Mr. Romero on his compassionate release proceedings related to this case.

DATED: June 13, 2023                     */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Douglas C. Foster *nunc pro tunc* as of May 17, 2023, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **June 14, 2023**                     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE