# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR ROMERO,<br><br>Defendant. | No. 1:05-cr-00351-JLT<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(Doc. 165) |

On March 11, 2022, defendant Cesar Romero was sentenced in this action. (Doc. 161.) On July 28, 2023, counsel for Defendant filed a motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A). (Doc. 165.)

Defendant complains that he has repeatedly been refused timely treatment for Polycystic Kidney Disease, despite having referrals to see a nephrologist and obtain a kidney ultrasound. Given the nature of these allegations, which include allegations of persistent pain and other urinary symptoms (*see* Doc. 165-1 at 4), the Court finds it appropriate to impose the following briefing schedule: The government shall file any opposition within 21 days of the date of this order; thereafter, Defendant shall have 14 days to file a reply.

IT IS SO ORDERED.

   Dated: __**July 31, 2023**__                               /s/ Jennifer L. Thurston
                                                   UNITED STATES DISTRICT JUDGE