DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
CESAR ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:05-cr-00351-JLT |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO WITHDRAW MOTION; PROPOSED ORDER** |
| CESAR ROMERO, | |
| Defendant. | |

    Mr. Romero hereby moves to withdraw his request for compassionate release on the grounds that the motion is now moot. Mr. Romero is scheduled for release on March 8, 2024.

Respectfully Submitted,

Dated: 3/5/2024

*Douglas C. Foster*
Douglas C. Foster
LAW OFFICES OF DOUGLAS C. FOSTER
Attorney for Defendant
Cesar Romero

**ORDER**

The court has reviewed and considered the request by the defense and removes this matter from the calendar.

DATED: March 6, 2024

*Jennifer L. Thurston*
HON. JENNIFER L. THURSTON
United States District Judge

USA v. Romero – Notice of Intent to Withdraw Motion.